BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ARNOLD

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

MARK ANTHONY ARNOLD,
Defendant.

No. CR 05-00811-JW

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS DATE**

Assistant United States Attorney Thomas O'Connell and defendant, Mark Arnold, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, February 13, 2006, should be continued to Monday, April 3, 2006, at 1:30 p.m.

The parties stipulate and agree that this status date should be continued because counsel for the government has not yet produced computer-related discovery in this case because the parties are currently negotiating a protective order. The parties anticipate that the government will produce the discovery in two to three weeks. Once received, Mr. Arnold's counsel will need time to review the discovery and to discuss it with her client. For these reasons, the parties agree that the status hearing set for February 13 should be continued to April 3, 2006.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the

defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Arnold the time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: February 10, 2006

__________/s/__________________
ANGELA M. HANSEN
Assistant Federal Public Defender

Dated: February 10, 2006

_________/s/___________________
THOMAS O'CONNELL
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARK ANTHONY ARNOLD,<br>Defendant. | No. CR 05-00811 JW<br><br>**~~[PROPOSED]~~ ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |

The parties have jointly requested to continue the status date set for February 13, 2006 to April 3, 2006 at 1:30 p.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for February 13, 2006 is continued to Monday, April 3, 2006, at 1:30 p.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 13, 2006 through and including April 3, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: February 10, 2006

James Ware

JAMES WARE
United States District Judge

Distribute to:

Angela Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Thomas O'Connell
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States