1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ARNOLD

*IT IS SO ORDERED*
*[signature]*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00811-JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| MARK ANTHONY ARNOLD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Assistant United States Attorney Thomas O'Connell and defendant, Mark Arnold, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, April 3, 2006, should be continued to May 15, 2006 at 1:30 p.m.

   The parties stipulate and agree that this status date should be continued because counsel for the government has not yet produced computer-related discovery in this case because the parties are currently negotiating a protective order.  The parties anticipate that the government will produce the discovery in two to three weeks.  Once received, Mr. Arnold's counsel will need time to review the discovery and to discuss it with her client.  For these reasons, the parties agree that the status hearing set for April 3, 2006 should be continued to May 15, 2006.

   The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the

1 defendant and public in a speedy trial because the failure to grant such a continuance would
2 unreasonably deny Mr. Arnold the time necessary for effective preparation, taking into account
3 the exercise of due diligence.

5 Dated: March 29, 2006 _____/s/_____
ANGELA M. HANSEN
6 Assistant Federal Public Defender

8 Dated: March 29, 2006 _____/s/_____
THOMAS O'CONNELL
9 Assistant United States Attorney

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00811 JW |
| Plaintiff, ) | [PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |
| v. ) | |
| MARK ANTHONY ARNOLD, ) | |
| Defendant. ) | |

The parties have jointly requested to continue the status date set for April 3, 2006 to May 15, 2006 at 1:30 p.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for April 3, 2006 is continued to May 15, 2006 at 1:30 p.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 3, 2006 through and including May 15, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: March 31, 2006

_____
JAMES WARE
United States District Judge

3

1 | Distribute to:
2 |
3 | Angela Hansen
  | Assistant Federal Public Defender
  | 160 West Santa Clara Street, Suite 575
4 | San Jose, CA 95113
  | Counsel for Defendant
5 |
  | Thomas O'Connell
6 | Assistant United States Attorney
  | 150 Almaden Blvd., Suite 900
7 | San Jose, CA 95113
  | Counsel for the United States
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26