1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ARNOLD

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ James Ware, Judge James Ware]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00811-JW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| MARK ANTHONY ARNOLD, | ) | **ORDER TO CONTINUE STATUS DATE** |
| Defendant. | ) | **\*\*AS MODIFIED\*\*** |

Assistant United States Attorney Thomas O'Connell and defendant, Mark Arnold, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, May 15, 2006, should be continued to July 3, 2006 at 1:30 p.m.

 The parties stipulate and agree that this status date should be continued because counsel for the government recently produced computer-related discovery to the defense.  Mr. Arnold's counsel needs additional time to conduct a full forensic examination of this evidence, which, pursuant to the parties' Protective Order, is stored in the San Francisco office of the Federal Public Defender.  For these reasons, the parties agree that the status hearing set for May 15, 2006 should be continued to July 10, 2006 to give defense counsel enough time to review the computer-related discovery.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),

1 the ends of justice served by the continuance requested outweigh the best interest of the
2 defendant and public in a speedy trial because the failure to grant such a continuance would
3 unreasonably deny Mr. Arnold the time necessary for effective preparation, taking into account
4 the exercise of due diligence.

6 Dated: May 12, 2006            _____/s/_____
                                 ANGELA M. HANSEN
7                                Assistant Federal Public Defender

9 Dated: May 12, 2006            _____/s/_____
                                 THOMAS O'CONNELL
10                               Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ANTHONY ARNOLD,<br><br>    Defendant. | No. CR 05-00811 JW<br><br>[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |

The parties have jointly requested to continue the status date set for May 15, 2006 to July 3, 2006 at 1:30 p.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for May 15, 2006 is continued to July 3, 2006 at 1:30 p.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 15, 2006 through and including July 10, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: May 16, 2006

_____
JAMES WARE
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5

   Thomas O'Connell
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26