# PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Richard Seeborg<br>U.S. Magistrate Judge | **RE:** | Mark Anthony Arnold |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR05-00811-JW-1 |
| **DATE:** | June 19, 2006 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Victoria P. Gibson | 510-637-3752 |
| U.S. Pretrial Services Officer Specialist | TELEPHONE NUMBER |

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**
**JUN 19 2006**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☒ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____                    6/19/06
JUDICIAL OFFICER                              DATE

Cover Sheet (12/03/02)

**Page Three - Petition for Arrest Warrant and Supporting Affidavit**

**Re: Mark Anthony ARNOLD**

**Docket No.:CR05-00811 JW**

Having considered the information set forth above,

THE COURT ORDERS:

☒ The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his/her bail should not be revoked.

☐ Other:_____
_____
_____
_____
_____

_6/19/06_
**Date**

_[signature]_
**Honorable Richard Seeborg**
**U.S. Magistrate Judge**

NDCA-PSA PS8-A
(Revised 12/16/04)