BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ARNOLD

FILED

JAN -8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )
                              )   No. CR 05-00811-JW
              Plaintiff,      )
                              )   [PROPOSED] ORDER
vs.                           )   EXONERATING BOND AND
                              )   RELEASING SECURITY
MARK ANTHONY ARNOLD,          )
                              )
              Defendant.      )

To:   Richard W. Wieking, Clerk of the Court

It is hereby ordered that the corporate bond posted as security in this case on February 13, 2006, is released. The Clerk of the United States District Court for the Northern District of California shall forthwith return the bond held as security in this case to Allegheny Casualty Company c/o Jennifer West, whose name is listed on the bond as having posted the security on behalf of Allegheny Casualty.

Dated: January 8, 2007

RICHARD SEEBORG
United States Magistrate Judge