1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ARNOLD

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,           )   No. CR 05-00811-JW
                                       )
12              Plaintiff,             )
                                       )
13      v.                             )   STIPULATION AND [PROPOSED]
                                       )   ORDER TO CONTINUE STATUS DATE
14 MARK ANTHONY ARNOLD,                )
                                       )
15              Defendant.             )
   _____)

16
        Assistant United States Attorney Thomas O'Connell and Assistant Federal Public
17
Defender Angela M. Hansen, counsel for defendant Mark Anthony Arnold, stipulate and agree
18
that the status date in the above-captioned matter, presently scheduled for Monday, April 9, 2007,
19
at 1:30 p.m., should be reset to April 23, 2007 at 1:30 p.m. for disposition.
20
        The parties request this short continuance because we are working out a plea agreement
21
and need additional time to negotiate the terms of the agreement.  The parties further request this
22
two-week continuance because counsel for the government is unavailable on April 9, 2007, and
23
counsel for Mr. Arnold is unavailable on April 16, 2007.
24
        The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),
25
the ends of justice served by the continuance requested outweigh the best interest of the
26
defendant and public in a speedy trial because the failure to grant such a continuance would

unreasonably deny Mr. Arnold continuity of counsel and the time necessary for effective

1 preparation, taking into account the exercise of due diligence.

3 Dated: April 3, 2007                             _____/s/_____
                                                   ANGELA M. HANSEN
4                                                  Assistant Federal Public Defender

6 Dated: April 3, 2007                             _____/s/_____
                                                   THOMAS O'CONNELL
7                                                  Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MARK ANTHONY ARNOLD,<br><br>        Defendant. | No. CR 05-00811 JW<br><br>[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |

The parties have jointly requested to continue the status date set for April 9, 2007 to April 23, 2007 at 1:30 p.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for April 9, 2007 is continued to April 23, 2007, at 1:30 p.m. for disposition.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 9, 2007 through and including April 23, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: April 4, 2007

                                              JAMES WARE
                                              United States District Judge

1  Distribute to:
2
3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Thomas O'Connell
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26