1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ARNOLD

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          )        No. CR 05-00811-JW
                                       )
12                 Plaintiff,          )
                                       )
13  v.                                 )        **STIPULATION AND** ~~**PROPOSED**~~
                                       )        **ORDER TO CONTINUE STATUS DATE**
14  MARK ANTHONY ARNOLD,               )
                                       )
15                 Defendant.          )
    _____)

16

17         Assistant United States Attorney Thomas O'Connell and Assistant Federal Public

18  Defender Angela M. Hansen, counsel for defendant Mark Anthony Arnold, stipulate and agree

19  that the status date in the above-captioned matter, presently scheduled for Monday, April 23,

20  2007, at 1:30 p.m., should be reset to April 30, 2007 at 1:30 p.m. for disposition.

21         The parties request this short continuance because we are working out a plea agreement

22  and need additional time to negotiate the terms of the agreement.  Additionally, the parties need

23  time to continue to review voluminous computer-related discovery to determine which Guideline

24  enhancements should apply in this case.

25         The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),

26  the ends of justice served by the continuance requested outweigh the best interest of the

    defendant and public in a speedy trial because the failure to grant such a continuance would

    unreasonably deny Mr. Arnold continuity of counsel and the time necessary for effective

1    preparation, taking into account the exercise of due diligence.

2

3    Dated: April 19, 2007                    _____/s/_____
                                              ANGELA M. HANSEN
4                                             Assistant Federal Public Defender

5

6    Dated: April 19, 2007                    _____/s/_____
                                              THOMAS O'CONNELL
7                                             Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00811 JW |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER CONTINUING |
| | ) | **STATUS DATE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| MARK ANTHONY ARNOLD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

11

12

13

14

15

16

17

18

19

20

        The parties have jointly requested to continue the status date set for April 23, 2007 to

April 30, 2007 at 1:30 p.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the

status date presently set for April 23, 2007 is continued to April 30, 2007, at 1:30 p.m. for

disposition.

        Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

from April 23, 2007 through and including April 30, 2007, shall be excluded from the period of

time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A)

and (B)(iv).

21

22

23

24

25

26

Dated: April 20, 2007

_____

JAMES WARE

United States District Judge

3

1    Distribute to:

2

3    Angela Hansen
     Assistant Federal Public Defender
     160 West Santa Clara Street, Suite 575
4    San Jose, CA 95113
     Counsel for Defendant

5
     Thomas O'Connell
6    Assistant United States Attorney
     150 Almaden Blvd., Suite 900
7    San Jose, CA 95113
     Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26