1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ARNOLD

**DENIED**
*Judge James Ware*
6/8/2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00811 JW |
| Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| v. ) | |
| MARK ANTHONY ARNOLD, ) | |
| Defendant. ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, June 11, 2007, be continued to Monday, July 23, 2007, at 1:30 p.m.

The continuance is requested because this matter has been reassigned within the Federal Public Defender's Office due to a family emergency, and undersigned defense counsel will require time to review the file, meet with Mr. Arnold, and prepare a sentencing memorandum. Probation Officer Lori Timmons has been contacted, and has no objection.

Dated: 6/7/07                              _____/s/_____
                                           LARA S. VINNARD
                                           Assistant Federal Public Defender

Dated: 6/8/07                              _____/s/_____
                                           THOMAS M. O'CONNELL
                                           Assistant United States Attorney

## **ORDER**

The parties have jointly requested a continuance of the sentencing hearing on June 11, 2007, to allow additional time for new defense counsel within the Federal Public Defender's Office to prepare and file a sentencing memorandum.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the parties shall appear for request of Continuance on June 11 2007 at 1:30 PM.

Dated:   June 8 2007

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE [DENIED]
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge